UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW WOLFE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION, an Illinois corporation,<br><br>    Defendant. | NO. 2:18-cv-00075-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation for Dismissal With Prejudice, ECF No. 13. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//
//
//
//
//
//
//
//

**ORDER OF DISMISSAL** + 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2018

SEAN F. McAVOY, CLERK

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal With Prejudice, ECF No. 13, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 17th day of August 2018.



_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** + 2